RALEIGH ASSOCIATES, INC., Appellant and Respondent, *v.* RYDER HENRY, II, as Administrator with the Will Annexed of EMILY S. JACKSON, Deceased, Respondent and Appellant.

Submitted July 11, 1951; decided July 11, 1951.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 467.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE ANGELET, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.

Submitted July 11, 1951; decided July 11, 1951.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr., of counsel), for motion.*
*Nicholas P. Iannuzzi opposed.*

Motion granted and appeal dismissed.

EDWIN S. MORGAN, Appellant, *v.* INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.

Submitted July 11, 1951; decided July 11, 1951.

Motion to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 435.]